# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

Nashville Division

RECEIVED
AUG 15 2023
U.S. District Court
Middle District of TN

| | | |
|---|---|---|
| Randel Edward Page Jr. <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> See attached <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ))))))))))))) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Randel Edward Page Jr. |
  | Street Address | 13535 Cathy Road |
  | City and County | Byhalia |
  | State and Zip Code | MS 38611 |
  | Telephone Number | 901-351-6060 |
  | E-mail Address | randelpage@gmail.com |

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | UNITED STATES OF AMERICA |
| Job or Title (if known) | U.S. Attorney's Office for the Middle District |
| Street Address | 110 Ninth Avenue South Suite A961 |
| City and County | Nashville 37203 |
| State and Zip Code | TN |
| Telephone Number | 615-401-6598 |
| E-mail Address (if known) | kara.sweet@usdoj.gov |

**Defendant No. 2**

| | |
|---|---|
| Name | STATE OF TENNESSEE |
| Job or Title (if known) | Office of the Attorney General of Tennessee |
| Street Address | PO Box 20207 |
| City and County | Nashville |
| State and Zip Code | TN 37203 |
| Telephone Number | 615-532-2536 |
| E-mail Address (if known) | tony.hullender@ag.tn.gov |

**Defendant No. 3**

| | |
|---|---|
| Name | EPIC SYSTEMS CORPORATION, et al., |
| Job or Title (if known) | Jordan Corning |
| Street Address | 1979 Milky Way |
| City and County | Verona |
| State and Zip Code | WI 53593 |
| Telephone Number | 608 -271-9000 |
| E-mail Address (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | CORVEL CORPORATION, et al,. |
| Job or Title (if known) | Mark A. Williams |
| Street Address | 2010 Main Street Ste 600 |
| City and County | Irvine |
| State and Zip Code | California 92614 |
| Telephone Number | 949-851-1473 |
| E-mail Address (if known) | Mark williams@CorVel.com |

Defendant No. 5

    Name                                    BAPTIST MEMORIAL HEALH CARE CORPORATION, et al.,

    Job or Title (*if known*)         Chief Legal Officer, Greg Duckett

    Street Address                 350 North Humphreys Boulevard

    City and County              Memphis

    State and Zip Code           TN 38120

    Telephone Number          901-227-5920

    E-mail Address (*if known*)

Defendant No. 6

    Name                                    METHODIST LE BONHEUR HEALTHCARE, et al.,

    Job or Title (*if known*)         Chief of Staff, Cato Johnson

    Street Address                 1211 Union Avenue Suite 700

    City and County              Memphis

    State and Zip Code           TN 38104

    Telephone Number          901-516-0791

    E-mail Address (*if known*)

Defendant No. 7

    Name                                    THE WEST CLINIC, PLLC, et al.,

    Job or Title (*if known*)         CEO, Mitch Graves

    Street Address                 7945 Wolf River Boulevard

    City and County              Germantown

    State and Zip Code           TN 38138

    Telephone Number          901-683-0055

    E-mail Address (if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. § 1983 / 28 U.S.C. § 1343 / 18 U.S.C. § 1951 / 18 U.S.C. § 242 / 18 U.S.C. § 1962
18 U.S.C. § 666 / 28 U.S.C. § 1361 / 42 U.S.C. § 1985 / 18 U.S.C. § 371 / 18 U.S.C. § 1509 /
18 U.S. Code § 1341 / 18 U.S.C. § 1001

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

        b.      If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1. 300 million identified in Case No. 3:17-CV-902
2. Plaintiffs stolen property has been statutorily mandated.

---

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

1. State Court

Circuit Court - NO. CT-002704-17 VII
Chancery Court - NO. CH-20-0288

Shelby County Court
140 Adams
Memphis TN 38103

2. Federal Court

Case No. 3:17-CV-902

Middle District
United States District Court
719 Church Street
Nashville TN 37203

---

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

2017 - Present

C. **What are the facts underlying your claim(s)?** *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1. The defendants are participating in a conspiracy to commit Fraud on the Court.
2. As part of the conspiracy, the defendants are covering up the theft of plaintiffs identity and property.
3. As part of the conspiracy, the plaintiffs Civil Rights are being violated.
4. As part of the conspiracy, the plaintiffs Constitutional Rights are being violated.
5. As part of the fraud, the plaintiffs mother (Mary Page) became a victim.
6. As part of the conspiracy, the fraud against (Mary Page) is being covered up by the defendants.
7. As part of the conspiracy, the plaintiff and plaintiffs family is being targeted by the defendants.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

1. Emotional trauma and mental anguish has caused irreparable injury.
2. The emotional distress and psychological damage continues as plaintiffs stolen properties use has been promulgated.
3. The psychological trauma of being targeted by the defendants has caused irreparable injury.
4. The threats of violence has caused irreparable injury.
5. The deceptive operations by the defendants have caused irreparable injury.
6. State espionage has caused irreparable injury.
7. The use of State and Federal agencies to cover up the fraud committed against the plaintiff has caused irreparable injury.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Plaintiff demands monetary damages - 300 million

2. Plaintiff demands an expert analysis of damages to include:
   a. Actual damages
   b. Unjust enrichment
   c. Punitive damages

3. Plaintiff demands royalties for the use of his property.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/14/2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Randel Edward Page Jr.

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number

E-mail Address

CERTIFICATE OF SERVICE

Clerk,

Please use the US Marshall to serve the defendants.

Sincerely,

Randel Edward Page Jr.

From: _____

**Photo Document Mailer**

RANDEL PAGE
(901) 351-6060
THE UPS STORE #1700
STE 23
875 W POPLAR AVE
COLLIERVILLE TN 38017-2598

1 LBS          1 OF 1
SHP WT: 1 LBS
DATE: 14 AUG 2023

SHIP  MIDDLE DISTRICT
TO:   UNITED STATES DISTRICT COURT
      719 CHURCH ST

NASHVILLE TN 37203

TN 371 9-02

UPS GROUND
TRACKING #: 1Z X82 207 03 5792 2885

BILLING: P/P

ISH 13.60F 22P 450 29.5U 07/2023

RECEIVED
AUG 15 2023
U.S. District Court
Middle District of TN

**The UPS Store**

**Do not fold or bend**