IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RANDEL EDWARD PAGE, JR., | ) ) ) | |
| Plaintiff, | ) ) | No. 3:23-cv-00851 |
| v. | ) ) ) | JUDGE CAMPBELL MAGISTRATE JUDGE NEWBERN |
| UNITED STATES OF AMERICA, et al., | ) ) ) | |
| Defendants. | ) | |

# ORDER

Plaintiff Randel Edward Page, Jr., filed a pro se Complaint against the United States of America and six additional Defendants under 42 U.S.C. § 1983 and other federal laws. (Doc. No. 1). Because Plaintiff paid the filing fee, there is no further screening of the Complaint. *Benson v. O'Brian*, 179 F.3d 1014, 1017 (6th Cir. 1999). Accordingly, this action is **REFERRED** to the Magistrate Judge to enter a scheduling order for the management of the case, dispose or recommend disposition of any pretrial motions under 28 U.S.C. §§ 636(b)(1)(A) and (B), and conduct further proceedings, if necessary, under Rule 72 of the Federal Rules of Civil Procedure and the Local Rules of Court.

Plaintiff is responsible for effecting service of process on Defendants in accordance with Federal Rule of Civil Procedure 4. Failure to timely complete service of process will result in dismissal of this action. Fed. R. Civ. P. 4(m). In addition, Plaintiff must keep the Court informed of his current mailing address at all times or face dismissal for want of prosecution. Fed. R. Civ.

P. 41(b); Local Rule 41.01(b). Additional resources for pro se litigants, including forms, handbooks, and information sheets, are available on the Court's website.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE