RECEIVED
JUN 18 2024
US DISTRICT COURT
MID DIST TENN

IN THE UNITED STATES COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| RANDEL EDWARD PAGE, JR., <br> Plaintiff, <br><br> vs <br><br> UNITED STATES OF AMERICA, et al., <br> Defendants. | No. 3:23-cv-00851 <br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE NEWBERN |

**RESPONSE TO ORDER TO SHOW CAUSE**

## FACTS

1. The Plaintiff withheld consent of referral to the Magistrate Judge because the Plaintiff has filed a Civil Rights complaint and request for injunction. The Plaintiff has filed motions for injunctive relief.

2. 28 USC § 636 (b) (1) (A) states:

    (b)
    > (1) Notwithstanding any provision of law to the contrary—
    > (A) a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

3. A conspiracy against the Plaintiff's Civil Rights is being perpetrated by the Defendants violating 18 USC § 241. The conspiracy continues to cause financial damage and irreparable damage.

4. As part of the conspiracy, 15 USC § 1 and 15 USC § 2 have been violated causing harm to the Plaintiff.

5. The Civil Rights complaint is supported by substantial and material evidence that is in the possession of the Shelby County Chancery Court located at 140 Adams, Memphis TN 38103, the Department of Justice and the Shelby County District Attorney's Office located at 201 Poplar Avenue, Memphis TN 38103.

## CONCLUSION

6. For good cause the Plaintiff request an extension of time to effect service of process on the United States.

Pro Se: Randel Edward Page Jr.                                      Respectfully submitted.

Randel Edward Page Jr.

.

I Randel Edward Page Jr. hereby certify that on June 14th, 2024, a true and correct copy of the foregoing was served via US Mail to the following:

United States of America

Melissa Russell

US Attorney's Office

110 Ninth Avenue South, Suite A 961

Nashville, Tennessee 37203

Emily Hamm Huseth

Harris Shelton Hanover Walsh, PLLC

6060 Primacy Parkway, Suite 100

Memphis, Tennessee 38119

Counsel for Defendant Epic Systems Corporation

Joel E. Tragesser

135 N. Pennsylvania St., Suite 2400

Indianapolis, IN 46204

John Thomas

Mackenzie Hobbs

Barnes & Thornburg LLP

827 19th Avenue South Suite 930

Nashville, TN 37203

State of Tennessee

Heather C. Ross

Office of the Attorney General of Tennessee

500 Charlotte Avenue

Nashville, TN 37219

Buckner Wellford

Brigid M. Carpenter

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

1600 West End Avenue, Suite 2000

Nashville, Tennessee 37203

Morgan, Akins & Jackson, PLLC

Chad M. Jackson

10 Burton Hills Blvd., Suite 210

Nashville, TN 37215

From: _____



Photo Document Mailer

The UPS Store®  UPS

Do not fold or bend