RECEIVED
JUN 25 2024
US DISTRICT COURT
MID DIST TENN

IN THE UNITED STATES COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RANDEL EDWARD PAGE, JR.,

Plaintiff,

vs

UNITED STATES OF AMERICA, et al.,

Defendants.

No. 3:23-cv-00851

JUDGE CAMPBELL

MAGISTRATE JUDGE NEWBERN

**OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, RANDEL EDWARD PAGE JR, on this 21st day of June 2024, respectfully objects to the report and recommendations presented to the Honorable Court. Plaintiff's objections are made in good faith.

## **FACTS**

1. An ORDER TO SHOW CAUSE was filed on June 11th, 2024.

    Exhibit A

2. The ("ORDER") gave the Plaintiff till June 24, 2024, to show why the Court should extend the time for Page to effect service of process on the United States and why the Magistrate Judge should not recommend that the Court dismiss Page's claims against the United States.

3. On June 14th, 2024, the Plaintiff mailed his ("RESPONSE") via UPS.

    Exhibit B

4. On June 17th, 2024, the Plaintiff received an email from UPS that the ("RESPONSE") was delivered and signed for by the United States Marshals Service.

    Exhibit C

5. Because of the conspiracy against the Plaintiff's civil rights and the racketeering acts associated under the guise of legitimate court proceedings and attorney services the Plaintiff filed an AFFIDAVIT OF FACTS IN SUPPORT OF THE COMPLAINT in the Shelby County Chancery Court. The ("RESPONSE") is attached to the affidavit as Exhibit Y.

    Exhibit D

## CONCLUSION

WHEREFORE, Plaintiff kindly and respectfully asks this Honorable Court to take Plaintiff's objections into consideration. Plaintiff also asks this Honorable Court to provide relief and an injunction for compensation.

Dated this 21ST day of June 2024.

Pro Se: Randel Edward Page Jr.                                        Respectfully submitted.

                                                                                                                      Randel Edward Page Jr.

I Randel Edward Page Jr. hereby certify that on June 21st, 2024, a true and correct copy of the foregoing was served via US Mail to the following:

United States of America

Melissa Russell

US Attorney's Office

110 Ninth Avenue South, Suite A 961

Nashville, Tennessee 37203

State of Tennessee

Heather C. Ross

Office of the Attorney General of Tennessee

500 Charlotte Avenue

Nashville, TN 37219

Emily Hamm Huseth

Harris Shelton Hanover Walsh, PLLC

6060 Primacy Parkway, Suite 100

Memphis, Tennessee 38119

Buckner Wellford

Brigid M. Carpenter

Baker, Donelson, Bearman, Caldwell

& Berkowitz, P.C.

1600 West End Avenue, Suite 2000

Nashville, Tennessee 37203

Counsel for Defendant Epic Systems Corporation

Joel E. Tragesser

135 N. Pennsylvania St., Suite 2400

Indianapolis, IN 46204

John Thomas

Mackenzie Hobbs

Barnes & Thornburg LLP

827 19th Avenue South Suite 930

Chad M. Jackson

Morgan, Akins & Jackson, PLLC

10 Burton Hills Blvd., Suite 210

Nashville, TN 37215

# Photo Document Mailer

The UPS Store®

From:

RANDELL PAGE
(901) 351-6060
THE UPS STORE #1700
875 W POPLAR AVE
STE 23
COLLIERVILLE TN 38017-2598

SHIP  MIDDLE DISTRICT ATTN CLERK OFC
TO:   UNITED STATES DISTRICT COURT
      719 CHURCH ST

      NASHVILLE TN 37203-6940

      TN 371 9-02

UPS GROUND
TRACKING #: 1Z X82 207 03 8330 0211

BILLING: P/P

6/24/24

RECEIVED
JUN 25 2024
US DISTRICT COURT
MID DIST TENN