IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **RANDEL EDWARD PAGE, JR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 3:23-cv-00851 |
| v. | ) |
| | ) Judge William L. Campbell, Jr. |
| **UNITED STATES OF AMERICA, et. al.,** | ) Magistrate Judge Alistair E. Newbern |
| | ) |
| **Defendants.** | ) |

## RESPONSE TO OBJECTIONS TO REPORT AND RECOMMENDATION FILED ON BEHALF OF DEFENDANT STATE OF TENNESSEE

Defendant the State of Tennessee, ("State"), by and through the Office of the Attorney General, submits that the Plaintiff's Objections to the Report and Recommendation in this cause does not include any objection to the recommendation of dismissal of the State as there is no mention of it in the Objections. (D.E. 50.) However, should the District Court disagree, the State submits that this case against the State should be dismissed as recommended by the Magistrate Judge for all the reasons set forth in the Report and Recommendation. (D.E. 48.)

    Respectfully submitted,

    JONATHAN SKRMETTI
    ATTORNEY GENERAL AND REPORTER

    /s/ *Heather C. Ross*
    Heather C. Ross, BPR No. 15644
    Senior Assistant Attorney General
    Office of the Attorney General
    P.O. Box 20207
    Nashville, TN 37202-0207
    (615) 532-2559
    Heather.Ross@ag.tn.gov
    *Attorney for the State of Tennessee*

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing pleading was filed electronically on this the 9th day of July, 2024. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail, specifically:

Randel Edward Page Jr.
13535 Cathy Road
Byhalia, MS 38611

                 __*Heather C. Ross*___
                 HEATHER C. ROSS