IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RANDEL EDWARD PAGE, JR.**   )<br>  )<br>    **Plaintiff,**   )<br>  )<br>**v.**   )<br>  )<br>  )<br>**UNITED STATES OF AMERICA;**   )<br>**STATE OF TENNESSEE; EPIC**   )<br>**SYSTEMS CORPORATION, ET AL.;**   )<br>**CORVEL CORPORATION, ET AL.;**   )<br>**BAPTIST MEMORIAL HEALTH CARE**   )<br>**CORPORATION, ET AL.; METHODIST**   )<br>**LE BONHEUR HEALTHCARE, ET AL.;**   )<br>**THE WEST CLINIC, PLLC, ET AL.,**   )<br>  )<br>    **Defendants.**   )<br>  ) | **Case No. 3:23-cv-00851**<br><br>**JUDGE CAMPBELL**<br>**MAGISTRATE JUDGE NEWBERN** |

**DEFENDANT METHODIST LE BONHEUR HEALTHCARE'S**
**RESPONSE TO PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S REPORT**
**AND RECOMMENDATION**

Defendant Methodist Le Bonheur Healthcare ("Methodist"), in response and opposition to the Plaintiff's Objections to the Magistrate Judge's Report and Recommendation (ECF No. 50), states that Plaintiff's objections are improper, as they are conclusory and fail to address or identify "portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). *See also Adams v. Yates Servs. Nissan*, No. 3:15-CV-00490, 2016 WL 2607028, at *1 (M.D. Tenn. May 6, 2016) (quoting *Cole v. Yukins*, 7 Fed.Appx. 354, 356 (6th Cir. 2001) ("The filing of vague, general, or conclusory objections does not meet the requirement of specific objections and is tantamount to a complete failure to object."); *see also*

*Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505 509 (6th Cir. 1991) ("A general objection to the entirety of the magistrate's report has the same effects as would a failure to object[.]").

The deficiencies of Plaintiff's objections are detailed in Responses already before this Court. Accordingly, Methodist, pursuant to Rule 10(c) of the Federal Rules of Civil Procedure, adopts and incorporates by reference the law and arguments set forth in the Response filed by Baptist Memorial Healthcare Corporation (ECF No. 51), and the Response filed by The West Clinic, PLLC (ECF No. 53).

For the reasons set forth and incorporated by reference herein by Methodist, the Court should accept Magistrate Judge Newbern's Report and Recommendation and dismiss Plaintiff's claims against Methodist.

Respectfully submitted,

*s/Buckner Wellford*
Buckner Wellford (#9687 – Admitted PHV)
Jerrick Murrell (PHV Motion to be filed)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
(901) 526-2000
bwellford@bakerdonelson.com
jmurrell@bakerdonelson.com

Brigid M. Carpenter (#18134)
BAKER, DONELSON, BEARMAN, CALDWELL
& BERKOWITZ, P.C.
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-7341
bcarpenter@bakerdonelson.com

*Attorneys for Defendant Methodist Le Bonheur Healthcare*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2024, a true and exact copy of the forgoing document was served on all counsel of record via the Court's electronic filing system.

Heather Cairns Ross
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
Email: heather.ross@ag.tn.gov

Joel E. Tragesser
Quarles & Brady (IN Office) 135
N Pennsylvania Street Suite 2400
Indianapolis, IN 46204
Email: joel.tragesser@quarles.com

Chad M. Jackson
Morgan & Akins, PLLC
10 Burton Hills Blvd.
Suite 210
P O Box 158657
Nashville, TN 37215
Email: cjackson@morganakins.com

Emily H. Huseth Harris /
Shelton
6060 Primacy Parkway
Suite 100
Memphis, TN 38119
Email: ehuseth@harrisshelton.com

John-David H. Thomas
Mackenzie Hobbs
Barnes & Thornburg LLP
1600 West End Avenue, Suite 800
Nashville, TN 37203
jd.thomas@btlaw.com
mackenzie.hobbs@btlaw.com

I also hereby certify that a true and exact copy of the forgoing document was served via U.S. Mail on the following individuals:

Randel Page
13535 Cathy Road
Byhalia, MS 38611

*s/ Buckner Wellford*
Buckner Wellford

3