IN THE UNITED STATES COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

RANDEL EDWARD PAGE, JR.,
Plaintiff,

vs

UNITED STATES OF AMERICA, et al.,
Defendants.

RECEIVED
JUL 29 2024
U.S. District Court
Middle District of TN

No. 3:23-cv-00851

JUDGE CAMPBELL

MAGISTRATE JUDGE NEWBERN

**MOTION IN OPPOSITION**

The Plaintiff opposes the Chief Judges order to dismiss for reasons stated below:

## FACTS

1. In the interest of Justice, a dismissal will deny due process.

2. Defendants United States of America, Tennessee, BMHCC, Methodist, Epic, CorVel, and West did not rebut the Plaintiffs affidavit. Therefore, the Complaint emerges as the Truth. An unrebutted affidavit becomes the judgment in commerce. (Doc. No. 54 & 54-1)

3. The Defendants actions imposed emotional distress and psychological trauma upon the Plaintiff. Because of those actions the Plaintiff has an irreparable injury.

## NO-ANSWER DEFAULT JUDGEMENT

4. The Plaintiff request the Clerk to enter a no-answer default judgment for the Sum Certain amount of $300 million against the Defendants.

RESPECTFULLY SUBMITTED this 27th day of July 2024.

Pro Se: Randel Edward Page Jr.

[redacted]

Visit **theupsstore.com** to find a location near you.

**Domestic Shipments**

- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**

- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.

- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less. UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

RANDEL PAGE
(901) 351-6060
THE UPS STORE #1700
STE 23
875 W POPLAR AVE
COLLIERVILLE TN 38017-2598

0.1 LBS LTR 1 OF 1
SHP WT: LTR
DATE: 27 JUL 2024

SHIP TO: MIDDLE DISTRICT ATTN CLERK OFC
UNITED STATES DISTRICT COURT
719 CHURCH ST

NASHVILLE TN 37203-6940

TN 371 9-02

UPS NEXT DAY AIR 1

TRACKING #: 1Z X82 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 9879

BILLING: P/P

RECEIVED
JUL 29 2024
U.S. District Court
Middle District of TN

624

ISH 13.0F ZZP 450 27.5U 08/2024

48

**Apply shipping documents on this side.**

Do not use this envelope for:

**UPS Ground®**
**UPS Standard®**
**UPS 3 Day Select®**
**UPS Worldwide Expedited®**

Visit **theupsstore.com** to learn more about our Print & Business Services.

Serving you for more than 100 years
United Parcel Service.

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.

01880250709 08/21 United Parcel Service

