IN THE UNITED STATES COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

RANDEL EDWARD PAGE, JR.,

Plaintiff,

vs

UNITED STATES OF AMERICA, et al.,

Defendants.

No. 3:23-cv-00851

JUDGE CAMPBELL

MAGISTRATE JUDGE NEWBERN

RECEIVED AUG 05 2024 US DISTRICT COURT MID DIST TENN

**REQUEST FOR ENTRY OF DEFAULT**

Comes now the Plaintiff RANDEL EDWARD PAGE JR and hereby request the Clerk to enter a default against the Defendants United States of America, Tennessee, BMHCC, Methodist, Epic, CorVel, and West on the basis that the record on this case demonstrates that there has been fraud and failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Pro Se Randel Edward Page Jr.