IN THE UNITED STATES COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

RANDEL EDWARD
PAGE, JR.,

Plaintiff,

vs

UNITED STATES OF
AMERICA, et al.,

Defendants.

No. 3:23-cv-00851

JUDGE CAMPBELL

MAGISTRATE JUDGE NEWBERN

RECEIVED
AUG 0 5 2024
U.S. District Court
Middle District of TN

**AFFIDAVIT IN SUPPORT OF NO-ANSWER DEFAULT JUDGMENT**

I, Randel Edward Page Jr., hereby declare that the following statements are true and correct.

1. A Conspiracy violating the Affiants Civil Rights is being executed by Defendants United States of America and its officers, Tennessee, BMHCC, Methodist, Epic, CorVel, and West. The Affiant has provided the Court with evidence of the violations of his Civil Rights. Because of the Fraud being committed against the Affiant, the Affiant contacted the Court Clerk on July 30th to confirm receipt of the Affiants Motion in Opposition to Chief Judge Campbell's dismissal of his case (Doc. No. 57). Court procedures have not been followed by the Court, violating Due Process and causing irreparable damages to the Affiant. Notice to the agent is notice to the principle.

    Exhibit A

2. Magistrate Judge Newbern's ultra vires actions have caused financial harm and irreparable damage to the Affiant.

3. The Affiant objected to Chief Judge Campbell's order to dismiss because the order deprives the Affiant of Due Process and the right to protect his life, liberty and property.

4. As part of the Conspiracy against the Affiant, State Actor, CorVel committed fraud against the Affiant. CorVel denied the Affiant benefits and legal counsel. CorVel's actions to conceal the fraud being committed by the United States and its officers continues to violate the Affiants rights to Due Process. CorVel's actions have caused financial harm and irreparable damages to the Affiant.

    Exhibit B

5. Because of the Fraud being committed against the Affiant and the violations of procedural Due Process by the Court and its officers, the Affiant request that the Court Clerk enter a no-answer default judgment against the Defendants for the Sum Certain amount of $300 Million.

    Exhibit C

The Affiant has taken action to protect his life, liberty and property.

The Affiant reserves all rights under the rule of law to enforce and impose legal remedy for vindication and redress for the violations of his Civil Rights.

*/Randle Pye*

Signature

Sworn to before me this 2 day of AUG 2024.

Subscribed and sworn in my presence, this 2 day of Aug 2024, a Notary Public in and for the County of Desoto State of Mississippi

*Carol Prestridge*
(Signature) Notary Public

My Commission Expires Aug 1, 2025

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, CAROL PRESTRIDGE, ID # 292145, Commission Expires Aug. 1, 2025, DESOTO COUNTY]

I Randel Edward Page Jr. hereby certify that on August 2nd, 2024, a true and correct copy of the foregoing was served via US Mail to the following:

United States of America

Melissa Russell

US Attorney's Office

110 Ninth Avenue South, Suite A 961

Nashville, Tennessee 37203

Emily Hamm Huseth

Harris Shelton Hanover Walsh, PLLC

6060 Primacy Parkway, Suite 100

Memphis, Tennessee 38119

Counsel for Defendant Epic Systems Corporation

Joel E. Tragesser

135 N. Pennsylvania St., Suite 2400

Indianapolis, IN 46204

John-David H. Thomas

Mackenzie Hobbs

Barnes & Thornburg LLP

1600 West End Avenue, Suite 800

Nashville, TN 37203

State of Tennessee

Heather C. Ross

Office of the Attorney General of Tennessee

500 Charlotte Avenue

Nashville, TN 37219

Buckner Wellford

Brigid M. Carpenter

Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.

1600 West End Avenue, Suite 2000

Nashville, Tennessee 37203

Chad M. Jackson

Morgan, Akins & Jackson, PLLC

10 Burton Hills Blvd., Suite 210

Nashville, TN 37215

