RECEIVED
AUG 0 5 2024
U.S. District Court
Middle District of TN

# Exhibit A

IN THE UNITED STATES COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

RANDEL EDWARD PAGE, JR.,

Plaintiff,

vs

UNITED STATES OF AMERICA, et al.,

Defendants.

No. 3:23-cv-00851

JUDGE CAMPBELL

MAGISTRATE JUDGE NEWBERN

RECEIVED
JUL 29 2024
U.S. District Court
Middle District of TN

**MOTION IN OPPOSITION**

The Plaintiff opposes the Chief Judges order to dismiss for reasons stated below:

## FACTS

1. In the interest of Justice, a dismissal will deny due process.

2. Defendants United States of America, Tennessee, BMHCC, Methodist, Epic, CorVel, and West did not rebut the Plaintiffs affidavit. Therefore, the Complaint emerges as the Truth. An unrebutted affidavit becomes the judgment in commerce. (Doc. No. 54 & 54-1)

3. The Defendants actions imposed emotional distress and psychological trauma upon the Plaintiff. Because of those actions the Plaintiff has an irreparable injury.

## NO-ANSWER DEFAULT JUDGEMENT

4. The Plaintiff request the Clerk to enter a no-answer default judgment for the Sum Certain amount of $300 million against the Defendants.

RESPECTFULLY SUBMITTED this 27th day of July 2024.

Pro Se: Randel Edward Page Jr.

```
RANDEL PAGE                          0.1 LBS LTR 1 OF 1
(901) 351-6060                       SHP WT: LTR
THE UPS STORE #1700                  DATE: 27 JUL 2024
STE 23
875 W POPLAR AVE
COLLIERVILLE TN 38017-2598

SHIP  MIDDLE DISTRICT ATTN CLERK OFC
TO:   UNITED STATES DISTRICT COURT
      719 CHURCH ST

      NASHVILLE TN 37203-6940

             TN 371 9-02

UPS NEXT DAY AIR                            1
TRACKING #: 1Z X82 207 01 2460 9879

BILLING: P/P
```

RECEIVED
JUL 29 2024
U.S. District Court
Middle District of TN

6 24

48

# Exhibit B

# Gmail

## RE: Page, Randel: 0546-GL-22-0302295-001

**Williams, Mark** <Mark_Williams@corvel.com>  Wed, Aug 2, 2023 at 7:26 AM
To: Rand Page <randelpage@gmail.com>

Mr. Page: Now that we have your current mailing address.

Which I have been corrected on the system.

I have asked that a new notice to be sent to you and counsel assigned to your claim; you will be contacted shortly, thereafter.

Mark A. Williams, Cert. Civ. PL; CPCU; PhD/Sr. Claims Specialist
CorVel Corporation
2000 Mallory Lane Ste. 130-398
Franklin, TN 37067
Telephone # 615-241-6749/Fax: 866-230-9798
Mark_williams@CorVel.com
www.CorVel.com

Any person who knowingly presents a false claim for payment to the State of Tennessee shall be liable to the State of Tennessee for penalties and damages.

**From:** Rand Page <randelpage@gmail.com>
**Sent:** Wednesday, August 2, 2023 8:16 AM
**To:** Williams, Mark <Mark_Williams@CORVEL.com>
**Subject:** Re: Page, Randel: 0546-GL-22-0302295-001

WARNING:

# Exhibit C

IN THE UNITED STATES COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | |
|---|---|
| RANDEL EDWARD PAGE, JR.,<br><br>Plaintiff,<br><br>vs<br><br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 3:23-cv-00851<br><br>JUDGE CAMPBELL<br><br>MAGISTRATE JUDGE NEWBERN |

**REQUEST FOR ENTRY OF DEFAULT**

Comes now the Plaintiff RANDEL EDWARD PAGE JR and hereby request the Clerk to enter a default against the Defendants United States of America, Tennessee, BMHCC, Methodist, Epic, CorVel, and West on the basis that the record on this case demonstrates that there has been fraud and failure to plead or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

Pro Se Randel Edward Page Jr.