**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RANDEL EDWARD PAGE, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:23-cv-00851** |
| | ) | |
| **UNITED STATES OF AMERICA, ET AL.,** | ) | **JUDGE CAMPBELL** |
| | ) | **MAGISTRATE JUDGE NEWBERN** |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Plaintiff has filed a Motion in Opposition (Doc. No. 57) to the Court's July 26, 2024 Order (Doc. No. 56) adopting the report and recommendation of the Magistrate Judge. The Court construes Plaintiff's filing as a motion for reconsideration. The arguments presented are duplicative of Plaintiff's Objections to the Report and Recommendation and have already been addressed by the Court. Because Plaintiff has not demonstrated that the Court erred in affirming the report and recommendation of the Magistrate Judge, the motion for reconsideration (Doc. No. 57) is **DENIED**.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE