**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

---

**RANDEL EDWARD PAGE, JR.**

**Plaintiff,**

v.                                                                    **No. 3:23-cv-00851**

**UNITED STATES OF AMERICA;**                    **Judge William Campbell, Jr.**
**STATE OF TENNESSEE; EPIC SYSTEMS**        **Magistrate Judge Alistair Newbern**
**CORPORATION; CORVEL CORPORATION;**
**BAPTIST MEMORIAL HEALTH CARE**
**CORPORATION; METHODIST LE BONHEUR**
**HEALTHCARE; and THE WEST CLINIC, PLLC,**

**Defendants.**

---

**RESPONSE BY DEFENDANT BAPTIST MEMORIAL HEALTH CARE**
**CORPORATION IN OPPOSITION TO PLAINTIFF'S**
**REQUEST FOR ENTRY OF DEFAULT**

---

On August 5, 2024, *after* his claims had already been dismissed by the Court, Plaintiff filed

a "Request for Entry of Default" under Rule 55 against BMHCC. (ECF No. 58.) This request is

plainly improper under the Federal Rules of Civil Procedure and has no factual or legal support.

Rule 55 permits the entry of default only "[w]hen a party against whom a judgment for

affirmative relief is sought has failed to plead or otherwise defend." FED. R. CIV. P. 55(a). Here,

however, BMHCC has already defended against Plaintiff's allegations—successfully, at that.

BMHCC was served with the Complaint on September 18, 2023. (ECF No. 22.) It timely filed a

motion to dismiss on October 9, 2023. (ECF Nos. 7-8.) Because it filed this motion to dismiss,

BMHCC was not required to also answer the Complaint unless and until the Court denied the

motion. *E.g.*, *Norris v. Murfreesboro Leased Hous. Assocs. I, LP*, No. 3:18-cv-00750, 2020 U.S.

Dist. LEXIS 77990, at *5 (M.D. Tenn. May 4, 2020) ("In fact, the Federal Rules of Civil Procedure

1

allow that a defendant may file a motion to dismiss asserting any of the grounds listed in Rule 12 before serving an answer and the filing of such a motion alters the time period for filing an answer, in the event that the motion is denied.") (citing Fed. R. Civ. P. 12(a)(4)).

On June 17, 2024, the Magistrate Judge filed her Report and Recommendations, recommending that the Court grant BMHCC's motion and dismiss Plaintiff's claims. (ECF No. 48.) The Court then adopted the Magistrate Judge's Report and Recommendations and granted BMHCC's motion on July 26, 2024. (ECF No. 56.) The Plaintiff filed a "motion in opposition" to the Court's dismissal of his claims (ECF No. 57), which the Court treated as a motion for reconsideration and denied on August 7, 2024 (ECF No. 59). Because BMHCC's motion to dismiss has been granted and the claims against it dismissed, it is under no obligation to answer Plaintiff's Complaint. *Norris*, 2020 U.S. Dist. LEXIS 77990, at *5.

Simply put, no default can be entered against BMHCC when BMHCC has already successfully moved to dismiss all of the claims Plaintiff asserted against it.

## <u>CONCLUSION</u>

Plaintiff has not and cannot show that BMHCC "failed to plead or otherwise defend" this matter, and there is no basis for entry of default under Rule 55. Therefore, BMHCC respectfully requests that the Court deny Plaintiff's "Request for Default."

2

Respectfully submitted,

Harris Shelton Hanover Walsh, PLLC

*s/Emily Hamm Huseth*
Emily Hamm Huseth  TN BPR No. 29192
6060 Primacy Parkway, Suite 100
Memphis, Tennessee 38119
(901) 525-1455 (Telephone)
(901) 526-4084 (Fax)
ehuseth@harrisshelton.com
*Attorneys for Defendant*
*Baptist Memorial Health Care Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2024, a true and correct copy of the foregoing document was served via U.S. Mail on Plaintiff, Randel Edward Page, Jr., 13535 Cathy Road, Byhalia, MS 38611, and on the following counsel of record via the Court's electronic filing system:

Brigid M. Carpenter
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
1600 West End Ave., Suite 2000
Nashville, TN 37203
Email: bcarpenter@bakerdonelson.com
*Attorney for Defendant Methodist Le Bonheur Healthcare*

Chad M. Jackson
Morgan, Akins & Jackson, PLLC
10 Burton Hills Blvd., Suite 210
Nashville, TN 37215
Email: cjackson@morganakins.com
*Attorney for Defendant CorVel Corporation*

Buckner Wellford
Jerrick Murrell
Baker, Donelson, Bearman, Caldwell &
Berkowitz, P.C.
165 Madison Ave., Suite 2000
Memphis, TN 38103
Email: bwellford@bakerdonelson.com
Email: jmurrell@bakerdonelson.com
*Attorneys for Defendant Methodist Le Bonheur Healthcare*

John-David H. Thomas
Mackenzie Hobbs
Barnes & Thornburg LLP
827 19th Avenue South, Suite 930
Nashville, TN 37203
Email: jd.thomas@btlaw.com
Email: mackenzie.hobbs@btlaw.com
*Attorneys for The West Clinic*

Heather C. Ross
Office of the Attorney General
P.O. Box 20207
Nashville, TN 37202
Email: Heather.Ross@ag.tn.gov
*Attorney for Defendant the State of Tennessee*

Joel E. Tragesser
Quarles & Brady LLP
135 N. Pennsylvania Street, Suite 2400
Indianapolis, Indiana 46204
Email: joel.tragesser@quarles.com
*Attorney for Defendant Epic Systems Corporation*

*s/Emily Hamm Huseth*
Emily Hamm Huseth

4