# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| RANDEL EDWARD PAGE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-cv-00851 |
| | ) | |
| UNITED STATES OF AMERICA, et. al., | ) | |
| | ) | Judge Williams Campbell, Jr. |
| Defendants. | ) | Magistrate Judge Alistair Newbern |

## THE WEST CLINIC, PLLC'S RESPONSE IN OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

COMES NOW The West Clinic, PLLC, ("West"), and files this Response in Opposition to Plaintiff Randal Page's Request for Entry of Default. (D.E. 58). Plaintiff's request for entry of default against West, or any other defendant in this action, has no basis in law or fact. This Court has disposed of this action. Epic Systems Corporation and Baptist Memorial Health Care Corporation's oppositions to Plaintiff's Request for Default (D.E. 61 & 62) accurately set forth the standard the Court should apply to this request, and why it must be denied. For the forgoing reasons, West respectfully requests this court deny Plaintiff's request for entry of default.

Respectfully submitted,

*s/ J.D. Thomas*
John-David H. Thomas (TN BPR No. 027582)
Mackenzie Hobbs (TN BPR No. 040271)
Barnes & Thornburg LLP
1600 West End Avenue, Suite 800
Nashville, TN 37203
jd.thomas@btlaw.com
mackenzie.hobbs@btlaw.com

*Attorneys for The West Clinic, PLLC*

# CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2024, a true and exact copy of the foregoing document was served on all counsel of record via the Court's electronic filing system to the following:

Heather Cairns Ross
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
Email: heather.ross@ag.tn.gov

Joel E. Tragesser
Quarles & Brady (IN Office)
135 N Pennsylvania Street
Suite 2400
Indianapolis, IN 46204
Email: joel.tragesser@quarles.com

Chad M. Jackson
Morgan & Akins, PLLC
10 Burton Hills Blvd.
Suite 210
P O Box 158657
Nashville, TN 37215
Email: cjackson@morganakins.com

Emily H. Huseth
Harris / Shelton
6060 Primacy Parkway
Suite 100
Memphis, TN 38119
Email: ehuseth@harrisshelton.com

Brigid M. Carpenter
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC (Nash)
1600 West End Avenue
Suite 2000
Nashville, TN 37203
Email: bcarpenter@bakerdonelson.com

Buckner P. Wellford
Baker Donelson (Memphis)
165 Madison Avenue
Suite 2000
Memphis, TN 38103
Email: bwellford@bakerdonelson.com

I also hereby certify that a true and exact copy of the foregoing documents was served via U.S. mail on the following individual:

Randel Edward Page, Jr.
13535 Cathy Road
Byhalia, MS 38611

*s/ John-David H. Thomas*
John-David H. Thomas