IN THE UNTED STATES DISTRICT COURT
FOR THE MIDDLE DISCTRICT OF TENNESSEE
NASHVILLE DIVISON

RANDEL EDWARD PAGE, JR., )
)
    Plaintiff, )
)
vs. ) Case No.: 3:23-cv-00851
)
UNITED STATES OF AMERICA, ) Judge Williams Campbell, Jr.
) Magistrate Judge Alistair Newbern
    Defendants. )
)

**DEFENDANT CORVEL'S RESPONSE IN OPPOSITION TO PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

COMES NOW, CorVel Corporation ("CorVel"), by and through undersigned counsel, hereby submits this Response in Opposition to Plaintiff Randel Edward Page, Jr. ("Plaintiff")'s Request for Entry of Default (ECF No. 58). Plaintiff's request is wholly improper and is accompanied by no supporting facts or law that would permit such a request. In response to Plaintiff's Complaint, Defendant CorVel properly filed a Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 34). Shortly thereafter, the Court granted Defendant CorVel's Motion to Dismiss, after adopting the Magistrate Judge's Report and Recommendations, thereby dismissing Plaintiff's claims. (ECF No. 56).

Plaintiff's Request for Entry of Default is improper given the facts of the case before the Court. Defendant CorVel properly and successfully filed a Motion to Dismiss in response to Plaintiff's Complaint, and the Court granted such Motion, thereby dismissing Plaintiff's claims.

WHEREFORE, CorVel requests that Plaintiff's Request for Entry of Default be denied.

Respectfully submitted,

**MORGAN, AKINS & JACKSON, PLLC**

 /s/ Chad M. Jackson  
**CHAD M. JACKSON, TN BPR No. 23710**
*Counsel for Defendant CorVel Corporation*
10 Burton Hills Blvd., Suite 210
Nashville, TN 37215
(615) 829-5995  (phone)
(615) 829-5992 (fax)
cjackson@morganakins.com

**CERTIFICATE OF SERVICE**

This is to certify that on the 23rd day of August, 2024, a true and accurate copy of the foregoing document was served on all counsel of records via this Court's electronic filing system, and that on the same date a true and exact copy of the foregoing was served via U.S. Mail, first-class postage prepaid, upon:

Randel Edward Page Jr.
1535 Cathy Road
Byhalia, MS 38611

 /s/ Chad M. Jackson_____
Chad M. Jackson