# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RANDEL EDWARD PAGE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:23-cv-00851 |
| v. ) | |
| ) | Chief Judge William L. Campbell, Jr. |
| UNITED STATES OF AMERICA, et al., ) | Magistrate Judge Alistair Newbern |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER DENYING MOTION FOR DEFAULT JUDGMENT

On July 26, 2024, the Court entered an Order adopting the Report and Recommendations of the Magistrate Judge, dismissing Plaintiff's claims, and directing the Clerk's Office to close the case. (Doc. No. 56). Yet, on August 5, 2024, Plaintiff filed a Motion for Default Judgment. (Doc. No. 58). In light of the Court's July 26 Order dismissing this action in its entirety, Plaintiff's Motion for Default Judgment is DENIED AS MOOT.

s/ Lynda M. Hill
Lynda Motes Hill
Clerk of Court
