# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Randel Edward Page, Jr.

                       Plaintiff,

v.                                                         Case No.: 3:23−cv−00851

United States of America, et al.

                       Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/16/2024 re [56].

                                                                                           Lynda M. Hill
                                                                            s/ Hannah Blaney, Deputy Clerk